UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62270

JOE HOUSTON,

    Plaintiff,
v.

ABC DEVELOPMENT INC., S17TPA, CORP.,
PAVILLON CORP D/B/A PAVILLON
FISH N CHIPS BAR and DONNA'S
RESTAURANT AND COCKTAIL LOUNGE,
INC. D/B/A DONNA'S CARIBBEAN RESTAURANT,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOE HOUSTON, and Defendants, ABC DEVELOPMENT INC. and S17TPA, CORP, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these Defendants.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *John Campbell* |
| ANTHONY J. PEREZ | JOHN CAMPBELL |
| Florida Bar No. 535451 | Florida Bar No. 443972 |
| GARCIA-MENOCAL & PEREZ, P.L. | CAMPBELL & MALAFY |
| 350 Sevilla Avenue, Suite 200 | 10887 Overseas Highway, Suite #201 |
| Coral Gables, Fl 33134 | Marathon, Florida 33050 |
| Telephone: (305) 553- 3464 | Telephone:305-743-2492 |
| Email: ajperez@lawgmp.com | Email: campbelllaw@mac.com |
| *Counsel for Plaintiff* | *Counsel for Defendants ABC Development Inc. & S17TPA, CORP* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 21, 2023.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com

By: */s/ Anthony J. Perez*
     ANTHONY J. PEREZ