UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-62270

JOE HOUSTON,

    Plaintiff,
v.

ABC DEVELOPMENT INC., S17TPA, CORP.,
PAVILLON CORP D/B/A PAVILLON
FISH N CHIPS BAR and DONNA'S
RESTAURANT AND COCKTAIL LOUNGE,
INC. D/B/A DONNA'S CARIBBEAN RESTAURANT,

    Defendants.
_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

    Plaintiff, JOE HOUSTON, ("Plaintiff"), and Defendants, ABC DEVELOPMENT INC., S17TPA, CORP., PAVILLON CORP D/B/A PAVILLON FISH N CHIPS BAR and DONNA'S RESTAURANT AND COCKTAIL LOUNGE, INC. D/B/A DONNA'S CARIBBEAN RESTAURANT ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 17, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *John Campbell* |
| ANTHONY J. PEREZ | JOHN CAMPBELL |
| Florida Bar No. 535451 | Florida Bar No. 443972 |
| GARCIA-MENOCAL & PEREZ, P.L. | CAMPBELL & MALAFY |
| 350 Sevilla Avenue, Suite 200 | 10887 Overseas Highway, Suite #201 |
| Coral Gables, Fl 33134 | Marathon, Florida 33050 |
| Telephone: (305) 553- 3464 | Telephone:305-743-2492 |

Email: ajperez@lawgmp.com                Email: campbelllaw@mac.com
*Counsel for Plaintiffs*                 *Counsel for Defendants ABC Development Inc. &*
                                         *S17TPA, CORP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 17, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com


By: ___/s/ Anthony J. Perez_____
       ANTHONY J. PEREZ
       Florida Bar No.: 535451