UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62270-ALTMAN/Hunt

**JOE HOUSTON**,

    *Plaintiff*,

v.

**ABC DEVELOPMENT INC.**, *et al.*,

    *Defendants*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties filed a Stipulation of Dismissal with Prejudice [ECF No. 26] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on March 17, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record